IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00086-PAB-6

UNITED STATES OF AMERICA,

     Plaintiff,

v.

6.  OSCAR MONTANO,

     Defendant.

---

## ORDER

---

     This matter is before the Court on the United States' Motion to Dismiss Indictment and Superceding Indictment [Docket No. 359], which the Court construes as a motion to dismiss Count One of the superseding indictment as to defendant Oscar Montano.  The Court has reviewed the pleading and is fully advised in the premises.  It is

     **ORDERED** that the Motion to Dismiss Indictment and Superceding Indictment [Docket No. 359] is granted.  Count One of the Superceding Indictment is dismissed as to defendant Oscar Montano only.

     DATED May 12, 2014.

                     BY THE COURT:

                      s/Philip A. Brimmer
                      PHILIP A. BRIMMER
                      United States District Judge